No. D–303. IN RE DISBARMENT OF OTIS. It is ordered that Sheldon P. Otis, of Detroit, Mich., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.